**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-2591**

―――――――――

IN THE MATTER OF TYRONE E. MURRAY, SR.,

Plaintiff - Appellant.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-98-
2956-L)

―――――――――

Submitted:  February 11, 1999      Decided:  February 23, 1999

―――――――――

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Tyrone E. Murray, Sr., Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tyrone Emanuel Murphy, Sr., appeals the district court's order denying his motion to compel and his motion for reconsideration of the same. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See In Re: Murray, No. CA-98-2956-L (D. Md. Sept. 8; Oct. 8, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The underlying order from which Murray appeals was filed on September 4, 1998, and entered on the district court's docket sheet on September 8, 1998. In accordance with Fed. R. Civ. P. 58 and 79(a), September 8, 1998, is therefore the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2